IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 11 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00833-BNB

SHERMAN JAMES SCHUETT,

    Plaintiff,

v.

SHERIFF ROBINSON (ACDF),
ELAINE MEYERS - H.S.A. (ACDF),
P.A. SOLIS (ACDF),
NURSE EFRAM (ACDF),
NURSE McDAMERON (ACDF), and
CAPTAIN BAY - (ACDF),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion submitted by Plaintiff Sherman James Schuett and filed with the Court on July 28, 2006, and on the letter to the clerk of the Court submitted by Mr. Schuett and filed with the Court on August 10, 2006. Mr. Schuett apparently seeks to consolidate the instant action with *Schuett v. Stover*, Civil Action No. 06-cv-01528 (D. Colo. filed Aug. 4, 2006). He mistakenly believes that he filed the July 28 motion in No. 06-cv-01528 but he filed the motion in the instant action instead. The motion to consolidate is DENIED.

Dated: August 11, 2006

Copies of this Minute Order mailed on August 11, 2006, to the following:

Sherman Schuett
Reg. No. 0507494
ACDF
P.O. Box 4918
Centennial, CO 80155

                                                               Secretary/Deputy Clerk